THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Torry L. Flowers, Appellant.
 
 
 

Appeal From Florence County
 Clifton Newman, Circuit Court Judge

Unpublished Opinion No. 2005-UP-503
Submitted August 1, 2005  Filed August 24, 2005   

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Tara S. Taggart, Office of Appellate Defense, of Columbia, for Appellant. 
Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all of Columbia; and Solicitor Edgar Lewis Clements, III, of Florence, for Respondent.
 
 
 

PER CURIAM: Torry Flowers pled guilty to burglary in the second degree, non-violent.  He was sentenced to ten years in prison.  His counsel filed a final brief and a petition to be relieved as counsel, stating he reviewed the record and concluded the appeal is without merit.  Flowers did not file a pro se response with the Court.
After a thorough review of the record pursuant to Anders v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsels petition to be relieved.
 APPEAL DISMISSED.[1]
 GOOLSBY, BEATTY, and SHORT, JJ., concur.

[1]  We decide this case without oral argument pursuant to Rule 215, SCACR.